## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE PHILLIPS, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PANERA BREAD CO., RONALD M. SHAICH, WILLIAM W. MORETON, DOMENIC COLASACCO, DIANE HESSAN, FRED FOULKES, LARRY FRANKLIN, THOMAS E. LYNCH, MARK STOEVER, and JAMES WHITE,<br><br>Defendants. | Case No. 1:17-cv-00697-RGA<br><br>**NOTICE CONCERNING RESOLUTION OF PLAINTIFF'S FEE AND EXPENSE APPLICATION AND CLOSING CASE FOR ALL PURPOSES** |

WHEREAS, on July 14, 2017, Plaintiff filed a Stipulation of Dismissal and Proposed Order dismissing the above-captioned action and reserving the right to submit an application for an award of attorneys' fees and expenses if the claim for fees and expenses could not be resolved through negotiations between Plaintiff and Defendants (the "Fee and Expense Application");

WHEREAS, on July 25, 2017, the Court entered an Order dismissing the complaint in the above-captioned action and retaining jurisdiction solely for consideration of any application for an award of attorneys' fees and expenses, and the case file was administratively closed;

WHEREAS, Plaintiff and Defendants have reached an agreement with respect to the Fee and Expense Application; and

WHEREAS, Plaintiff will not be submitting a Fee and Expense Application to the Court;

THE PARTIES HEREBY SUBMIT NOTICE that the above captioned action should remain irrevocably closed by the Court for all purposes.

Dated:  February 7, 2018

Respecfully submitted

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel: (302) 482-3182
Email: mvangorder@faruqilaw.com

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
        jwilson@faruqilaw.com

*Attorneys for Plaintiff*

**RICHARDS, LAYTON & FINGER, P.A.**

By: */s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 798-7701
Email: dicamillo@rlf.com

**OF COUNSEL:**

**SULLIVAN & CROMWELL LLP**
Richard C. Pepperman II
Leonid Traps
Sullivan & Cromwell LLP
125 Broad St
New York, NY 10004
Tel: (212) 558-4000
Email: peppermanr@sullcrom.com
　　　　trapsl@sullcrom.com

*Attorneys for Defendants Panera Bread Co., Ronald M. Shaich, William W. Moreton, Domenic Colasacco, Diane Hessan, Fred Foulkes, Larry Franklin, Thomas E. Lynch, Mark Stoever, And James White*